IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICK TERRY,

    Plaintiff,                                       No.  CIV S-10-1842 GGH P

    vs.

MATTHEW CATE, et al.,

    Defendants.                             ORDER

_____/

        Pursuant to the Order, filed on November 4, 2011, a Notice of Suggestion of Death of a Party, was filed by the state Office of the Attorney General on December 1, 2011, indicating that plaintiff had passed away on March 24, 2011.  By Order, filed on December 9, 2011, pursuant to Fed. R. Civ. P. 25(a)(1), the court ordered that a motion for substitution of a proper party in place of plaintiff must be made no later that ninety days after his death had been suggested upon the record, or, by no later than February 29, 2012, in the absence of which the court would order the action dismissed.[1]  The order was served upon the individuals plaintiff had identified as his next of kin, an aunt and uncle, who had indicated to the Attorney General's Office, by way of Deputy Attorney General Ellen Hung, that plaintiff had no will, trust, successor or representative and that they had no wish to pursue the litigation.

---

[1] Plaintiff consented to the jurisdiction of the undersigned on a consent form, dated as signed on July 20, 2010, and filed in this court on August 12, 2010 (Docket # 9).  No defendants have appeared.

1 | The time for filing a motion for substitution of a proper party has expired and no
2 | such motion, or any other response to the order, has been filed.
3 | Accordingly, IT IS ORDERED that:
4 | 1. Pursuant to Fed. R. Civ. P. 25(a)(1), this action dismissed;
5 | 2. The Clerk of the Court is directed to serve a copy of this order by U.S. mail
6 | upon Donald Terry and Sue Terry at 1403 S. 13th Street, Rogers, AR 72758;
7 | 3. In light of plaintiff's death, the Clerk of the Court is directed not to serve a copy
8 | of this order at plaintiff's last address of record.
9 | DATED: March 21, 2012

  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
terr1842.ord3